PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

RECEIVED
JAN 23 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
JAN 30 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Cedric McNeal # 2317254
Plaintiff's Name and ID Number

Bill Clements prison unit
Place of Confinement

CASE NO. 1:23CV00084 LY
(Clerk will assign the number)

v. State of Texas, Board of Pardons and Paroles

Defendant's Name and Address

Andrea Hardy, Ombudsman
Texas Board of Pardon and Paroles
Defendant's Name and Address

Director of Institutional Parole Operations of
Texas Board of Pardons and Paroles
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Case 1:23-cv-00084-LY-DH   Document 1   Filed 01/30/23   Page 2 of 13

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: December 29, 2022
      2. Parties to previous lawsuit:
         Plaintiff(s) Cedric Dewayne McNeal
         Defendant(s) Dan L. Schaup, Carla Synder, Tripp Jones
      3. Court: (If federal, name the district; if state, name the county.) Northern District, Texas, Potter County
      4. Cause number: 2-22CV-249-2
      5. Name of judge to whom case was assigned: Judge Kacsmaryk
      6. Disposition: (Was the case dismissed, appealed, still pending?) pending
      7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Bill Clements prison unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ___YES  ✓ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Cedric Dewayne McNeal, Bill Clements prison Unit 9601 Spur 591, Amarillo TX. 79107

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: State of Texas, Board of Pardons and Paroles 8610 Shoal Creek Blvd, Austin TX. 78757
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Parole policies were overlooked and not acted upon

Defendant #2: Andrea Hardy, Ombudsman, Texas Board of Pardon and Paroles 8610 Shoal Creek Blvd, Austin TX. 78757
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Over looked my complaint stating that, the charges that were being reviewed for parole were false and never occurred.

Defendant #3: Director of Institutional Parole operation of Texas Board of Pardons and Paroles. 8610 Shoal Creek Blvd, Austin TX. 78757.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did not professionally investigate my compliant at hand that the charges being reviewed for parole is false and never occurring

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am making an civil claim because of the simple fact that, the State of Texas Board of Pardons and Paroles reviewed false charges that never occurred for parole review and made an decision of denial on parole review on 12/08/2022. To explain the false charges, and to begin with, for the Agg Assault with an deadly weapon Cause Number # 76,641-B there was no evidence to prove that, an police squad car attended the scene for this charge, there was no ambulance that attended the scene for medical attention, there was no hospital records to prove the allege assault, there was no gun

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the courts to investigate the charges that I am explaining to prove that the parole board panel is reviewing false charges, and that I receive garnishments for these violations of the parole board panel. on my behalf.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Cedric Dewayne McNeal

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1102153 , 2317254

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

for evidence. And, also. there was no particular cell phone number for evidence to prove that the call was made on August 20, 2018. And, next. For the Interference with emergency request for assistance Cause Number # 76,642-B that supposely took place on August 20, 2018 that, there was no evidence to show that, there wasn't an call made from an particular cell phone number on the said date and time. Also the courts couldn't show that I interfered with an call as well. And, last there wasn't no police squad car attended the scene for this charge. And, third. For the Assault Causing Bodily Injury of a member of the family or household Cause Number # 76,722B that took place on September 4, 2018 there was no evidence to show that, an police squad car attended the scene for this charge. There was also no ambulance that attended the scene for medical attention for this charge. There was no hospital records to show prove the assault for this charge. And, also, there was no particular cell phone number that made the call. And, last. For the Violation Bond/Protective Order Cause Number # 77067-B there was no evidence to show that an police officer issued an protective order on an said date and time at an specific address in order to violate the bond of an protective order on an said date and time and location. Also to note that, these charges I just explained took place in Potter County in Amarillo Texas. (on September 23, 2018)

And, also to explain another false charge that took place in Randall County that is assign to this parole board is an Violation Bond/Protective Order Assault/Stalk Cause Number # 29164A on 10/6/2018. Is that, there was no evidence to prove that this charge occurred because, there was no police squad car attended the scene for this charge, there was no ambulance attended the scene for medical attention, there was no hospital records records to show the allege assault, and there was no cell phone number to show that the call was made. I am showing that, this charge as well is false and being reviewed for parole in an illegal wrongly manner.

And also to show that, the parole board is in violation because of the simple fact that, the parole board did not properly prepare an parole summary to show favor on my behalf that my parole be granted. And, also to show that the parole board is in violation because of the fact that, they wrongly filed my line class as an line class 3 when I am filed as an line class 2 among the Bill Clements prison Unit at the time of the parole reviewing. And, also to show another violation is that, the parole board panel wrongly set off my parole for another parole review for the date of 12/2024 when I was disciplinary case free for 2 yrs. due to good time calculations dates during that time frame of review.

I also been writing to ask for parole reconcideration (special Review) to also prove this matter and my requests has been ignored. This is an violation to my rights as an prisoner to be denied my rights for reconcideration.

I also wrote the Ombudsman of the Board of Pardon and paroles Andrea Hardy explaining my situation and I Received an letter saying that my situation was referred to the Director of Institutional Parole Operations and my situation was never seen to.

C. Has any court ever warned or notified you that sanctions could be imposed?   \_\_\_\_YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: 1/13/23
             DATE

_Cedric McNeal_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  13th  day of  January , 20 23 .
             (Day)          (month)        (year)

_Cedric McNeal_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____ §
                                 §
V.                               §    Case No. _____
                                 §
_____ §

### APPLICATION TO PROCEED IN FORMA PAUPERIS
### AND FINANCIAL AFFIDAVIT IN SUPPORT

I, _____, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

In further support of this application, I answer the following questions:

**Applicant's Name:** _____

**Applicant's Home Address:** _____

### Questions Regarding Ability to Pay
**Employment:**

Are you now employed? Yes ☒  No ☐  Am Self Employed ☐

If yes, how much do you earn per month? $ _____

1

If no, give month and year of last employment _____

How much did you earn per month? $ _____

Name and Address of current or prior employer:



If married, state Spouse's name: _____

Is your Spouse employed?  Yes ☐  No ☐

If working, how much does your spouse earn?  $ _____

Do you receive any funds from relatives or for child support?  If so, how much per month do you receive?  $ _____

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?  Yes ☐  No ☐

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

2

**Cash:**

Have you any cash on hand or money in savings or checking accounts? Yes ☐ No ☐

If yes, state total amount: $ _____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

**Property:**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☐

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

**Family Status and Dependents:**

Marital Status: Single ☐  Married ☐  Widowed ☐  Separated ☐  or Divorced ☐

Total Number of Dependents: _____

Are any of your dependents employed? If so, where:

How much do your dependent(s) earn monthly? $ _____

3

List persons you actually support, your relationship to them.

_____

_____

_____

_____

Do you pay alimony or child support or any other court-ordered payments?  Yes ☐  No ☐

If yes, list how much and describe:

**Monthly Debts of Applicant and/or Dependents**

| Type of Debt | Name of Creditor | Total Debt | Payment |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

**Monthly Expenses of Applicant and/or Dependents**

Rent or House Payment: $ _____

Electric & Water Bills: $ _____

Gas: $ _____

Phone: $ _____

Insurance: $ _____

    For what purpose: _____

4

Prescriptions: $ _____

    For what purpose: _____

Transportation/Car Payments: $ _____

    For what purpose: _____

Medical Bills: $ _____

    For what purpose: _____

Legal Bills: $ _____

    For what purpose: _____

Loans: $ _____

    For what purpose: _____

Miscellaneous: $ _____

    For what purpose: _____

Is there any more information the Court should consider in making its determination?

5

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: *Cedric mcneal*

Printed Name: *Cedric mcneal*

Date: 1/13/23