IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 20 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| CEDRIC DEWAYNE McNEAL #02317254, | § § | |
| PLAINTIFF, | § § | |
| V. | § | A-23-CV-084-LY |
| | § | |
| STATE OF TEXAS, et al., | § § | |
| DEFENDANTS. | § § | |

## FINAL JUDGMENT

Before the court is the above-entitled cause. Upon review of the entire case file and this court's order which dismissed Plaintiff Cedric Dewayne McNeal's complaint, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff Cedric Dewayne McNeal's claims against the State of Texas, the Board of Pardons and Paroles, and Defendants Andrea Hardy and the Director of the Institutional Parole Operations of the Texas Board of Pardons and Paroles, in their official capacities for monetary damages, are **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction. Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). This case is **CLOSED**.

SIGNED this _____ day of March 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE